[No. 6147-1. Division One. May 21, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT BLANCHARD, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 6507, Thomas G. McCrea, J., entered September 28, 1977. *Dismissed* by unpublished opinion per James, J., concurred in by Farris, A.C.J., and Ringold, J.

[No. 6155-1. Division One. May 21, 1979.]

CHAR LEE, ET AL, *Appellants*, v. VOLKSWAGEN OF AMERICA, INC., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 801379, Horton Smith, J., entered December 8, 1977. *Reversed* by unpublished opinion per Williams, J., concurred in by James, A.C.J., and Dore, J.